IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02265-PSF-CBS

HOLLY PATTON, f/k/a Holly Stamper,

    Plaintiff(s),

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

## PROTECTIVE ORDER

This matter comes before the Court upon the Stipulated Motion for Protective Order of the parties. The Court, having read the Stipulated Motion, and being fully advised,

HEREBY ORDERS that the plaintiff's use and inspection of Allstate's CPPP and CCPR manuals shall be used solely for purposes related to this litigation, and should not be copied, retransmitted, or otherwise utilized for any other purpose.

DATED at Denver, Colorado, this 16th day of June, 2006.

                                        BY THE COURT:

                                        *s/Craig B. Shaffer*
                                        Craig B. Shaffer
                                        United States Magistrate Judge