IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02265-PSF-CBS

HOLLY PATTON, f/k/a Holly Stamper,

    Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **three-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, February 26, 2007 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, February 16, 2007 at 9:00 a.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

DATED:  November 13, 2006

                      BY THE COURT:

                      *s/ Phillip S. Figa*
                      _____
                      Phillip S. Figa
                      United States District Judge