IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02265-PSF-CBS

HOLLY PATTON, f/k/a Holly Stamper,

    Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. The Court hereby ORDERS that the final trial preparation conference in this matter currently set for February 16, 2007 is RESET to **Wednesday, February 14, 2007 at 9:00 a.m.**

DATED: January 26, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge